### Marc S. CASON, Sr., Plaintiff—Appellant,

v.

Thomas MCINTYRE, Sergeant; H.B. Murphy, Assistant Warden; Mark Raley, Officer; Officer Bracheman; David Lancaster, Officer; Douglas Frazee, Officer; R. Raley, Officer; Stanley Raley, Officer, Defendants—Appellees,

and

Department Of Public Safety and Correctional Services; P.H.S. Medical Service; Maryland Division of Parole and Probation, Defendants.

No. 03–7722.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 15, 2004.

Decided Jan. 28, 2004.

Marc S. Cason, Sr., Appellant pro se.

David Phelps Kennedy, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Marc S. Cason, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cason v. McIntyre*, No. CA–03–1139–1–CCB (D.Md. Oct. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*